BENJAMIN B. WAGNER
United States Attorney
KATHERINE A. PLANTE
Special Assistant U.S. Attorney
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>MELONEE A. MONTOYA-MARQUEZ,<br><br>    Defendant. | Case No. 1:15-MJ-00192-SAB<br><br>MOTION AND ORDER FOR DISMISSAL |

   The United States of America, by and through Benjamin B. Wagner, United States Attorney, and Katherine A. Plante, Special Assistant United States Attorney, hereby moves to dismiss Violation Notice F4549454 issued to Melonee A. Montoya-Marquez on October 3, 2015, without prejudice in the interest of justice, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure.

DATED: December 14, 2015          Respectfully submitted,

                                  BENJAMIN B. WAGNER
                                  United States Attorney

                             By:    /s/ Katherine A. Plante
                                  KATHERINE A. PLANTE
                                  Special Assistant U.S. Attorney

1

# O R D E R

IT IS HEREBY ORDERED that Violation Notice F4549454 issued on October 3, 2015 to Melonee A. Montoya-Marquez be dismissed, without prejudice, in the interest of justice, and that the trial scheduled for February 8, 2016 be vacated.

IT IS SO ORDERED.

Dated:   **December 15, 2015**

UNITED STATES MAGISTRATE JUDGE